IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLIOTTE DIVISION
3:14CV191

| | |
|---|---|
| In Re: )<br>)<br>IAN CARROLL FERGUSON )<br>)<br>    Debtor. )<br>_____)<br>)<br>IAN CARROLL FERGUSON, )<br>    Appellant, )<br>)<br>Vs. )<br>)<br>KEVIN DENNEHY, C&C VENTURES, )<br>LLC, SHANE McDEVITT, JAMES K. )<br>PHELPS, and PHELPS FAMILY TRUST, )<br>    Appellees. )<br>_____) | Bankruptcy Case No. 13-32018 |

    This matter is before the Court upon its own motion. The Court is informed that Appellees are no longer pursuing dischargeability claims against the Debtor, thus rendering this appeal moot. Accordingly,
    IT IS THEREFORE ORDERED that this appeal is hereby dismissed as moot.

Signed: July 2, 2014

*[signature]*

Graham C. Mullen
United States District Judge