# United States District Court
## Western District of North Carolina
### Charlotte Division

| | | |
|---|---|---|
| Ian Carroll Ferguson **,** | ) | JUDGMENT IN CASE |
| | ) | |
| Appellant | ) | 3:14-cv-00191-GCM |
| | ) | |
| vs. | ) | |
| | ) | |
| Kevin Dennehy et al **,** | ) | |
| Appellee | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's July 2, 2014 Order.

July 2, 2014

*Frank G. John*

Frank G. Johns, Clerk
United States District Court